UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:05-CR-130 CAS |
| SONIA FAITH SINCLAIR, | ) ) ) | |
| Defendant. | | |

### ORDER

This matter is before the Court on Defendant Sinclair's pro se motion for early termination of supervised release. The Court has consulted with the United States Probation Office which opposes defendant's request.

Accordingly,

**IT IS HEREBY ORDERED** that the defendant's motion for early termination of supervised release [Doc. #3] is **denied**.

_____
CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this 13th day of February, 2009.